

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:12-CR-00478-JAD-(VCF) |
| JACOB FISHER, | ) ) |
| Defendant. | ) ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 24, 2014, defendant JACOB FISHER pled guilty to Count Five of a Twenty-Count Third Superseding Indictment charging him in Count Five with Illegal Use of a Communication Facility in violations of Title 21, United States Code, Section 843(b). Third Superseding Indictment, ECF No. 124; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant JACOB FISHER agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Third Superseding Indictment. Third Superseding Indictment, ECF No. 124; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Third Superseding Indictment and the offense to which defendant JACOB FISHER pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1), (a)(2), and (p):

Seizure #: 2012272200013201

1. 10 count 10 ounce yellow colored (gold) bars Pamp Suisse @ $161,400.00;
2. 1 count 100 ounce yellow colored (gold) bar @ $161,400.00;
3. 16 count 1 ounce yellow colored (gold) coins @ $25,824.00;
4. 2 count white colored (silver) coins @ $200.00;
5. 8 count 10 ounce yellow colored (gold) coins Scotiabank @ $12,912.00;
6. 10 count 1 ounce white colored (palladium) bar @ $1575.00;
7. 4 ounces of yellow colored (gold) pellets @ $6456.00;
8. 1 count yellow/white David Yurman watch @ $2500.00;
9. 1 count yellow Rolex watch with white stones @ $10,000.00;
10. 1 count yellow colored (gold) medallion & necklace @ $2,200.00;
11. 11 count Western Union Money Orders @ $5825.00;
12. 9 count Moneygram Money Orders @ $3971.00;
13. 5 count U.S. Postal Money Orders @ $3011.00;
14. 2 count Rouse's Money Orders @ $377.00;
15. 1 count unidentified Money Order @ $553.96;
16. 1 count unidentified check @ $10,000.00;
17. 3 count Capital One Cashier's Checks @ $3,000.00;
18. 1 Taurus "The Judge" Revolver, 410 GA / .45 LC, Serial # ES 423236;
19. 5 Remington 410 Gauge Shells;
20. 1 Smith & Wesson .357 Revolver, Model 65-2, Serial # AUN0490;
21. 6 Winchester .357 Bullets;

Seizure # 2012272200013301

22. 1 count 1 ounce yellow colored (gold) coin Scotiabank @ $1614.00;
23. 6 count 1 ounce white colored (silver) coins @ $162.00;

. . .

1 | Seizure #: 2012272200014401

2 | 24. Funds held in Wells Fargo Bank account number 3778869192 (Joshua M. Riley / JMR Enterprises) @ $676,531.10;

Seizure #: 2012272200014301

25. Funds held in US Bank account number 2-537-5271-5834 (Joshua M. Riley) @ $175.00;

26. Funds held is US Bank account number 1-537-5497-5073 (Joshua M. Riley) @ $105,464.84;

Seizure #: 2012272200014701

27. Funds held in Nevada Title Company escrow account number 12-07-0556 @ $20,000.00;

Seizure #: 2013272200000201

28. 2 count Western Union Money Orders @ $630.00;

29. 3 count Western Union Money Orders @ $2207.00;

30. 1 count U.S. Postal Money Order @ $349.00;

31. 1 count Moneygram Money Order @ $367.00;

32. 2 count Moneygram Money Orders @ $1259.00;

33. 1 count Moneygram Money Order @ $349.00;

and;

34. The real property having the address of 2120 Ramrod Avenue #1927, Henderson, Nevada. The legal description of this property is included below:

PARCEL I:
UNIT 1927 ("UNIT") IN BUILDING 19 ("BUILDING") AS SHOWN ON THE FINAL PLAT OF BROADSTONE GREEN VALLEY CONDOMINIUMS FILED IN BOOK 135 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED FEBRUARY 16, 2007 IN BOOK 20070216 AS DOCUMENT NO. 03588 AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS,

3

CONDITIONS AND RESTRICTIONS FOR SOLEVITA CONDOMINIUMS, (FORMERLY KNOWN AS BROADSTONE GREEN VALLEY CONDOMINIUMS), RECORDED APRIL 4, 2007 AS INSTRUMENT NO. 02601 IN BOOK 20070404, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("SOLEVITA CONDOMINIUMS DECLARATION").

PARCEL II:
TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE SOLEVITA CONDOMINIUMS (FORMERLY KNOWN AS BROADSTONE GREEN VALLEY CONDOMINIUMS DECLARATION).

PARCEL III:
TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE SOLEVITA CONDOMINIUMS (FORMERLY KNOWN AS BROADSTONE GREEN VALLEY CONDOMINIUMS DECLARATION).

PARCEL IV:
TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE SOLEVITA CONDOMINIUMS (FORMERLY KNOWN AS BROADSTONE GREEN VALLEY CONDOMINIUMS DECLARATION).

(APN: 161-32-312-295).

and;

35. a 2012 Cadillac CTS, vehicle identification number (VIN) 1G6DP5E30C0131689 (all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JACOB FISHER in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

. . .

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 24th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE